UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOUGLAS JAMESON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:05CV0215 DJS/AGF |
| ) | |
| MICHAEL BOWERSOX, ) | |
| ) | |
| Respondent, ) | |

## REPORT AND RECOMMENDATION

This action was referred to the undersigned Magistrate Judge under 28 U.S.C. § 636(b) for recommended disposition. Petitioner has filed a motion for voluntary dismissal of his petition for habeas relief filed under 28 U.S.C. § 2254. Petitioner states that he does not wish to pursue any further relief of his claims, and asks the Court to dismiss his petition without prejudice.

**IT IS HEREBY RECOMMENDED** that the petition of Douglas Jameson for habeas corpus relief be **DISMISSED** without prejudice.

**IT IS FURTHER RECOMMENDED** that a Certificate of Appealability should not be issued in this case.

The parties are advised that they have ten (10) days in which to file written objections to this Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), unless

an extension of time for good cause is obtained, and that the failure to file timely objections may result in a waiver of the right to appeal questions of fact.

_____
AUDREY FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of October, 2007.