**DOUGLAS WAYNE JAMESON,**          )
                                    )
                 **Petitioner,**    )
                                    )
          **vs.**                   )          No.  4:05CV215-DJS
                                    )
**MICHAEL BOWERSOX,**               )
                                    )
                 **Respondent.**    )

## ORDER OF DISMISSAL

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of timely objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #13] is accepted and adopted.

**IT IS FURTHER ORDERED** that petitioner's motion to dismiss voluntarily [Doc. #12] is granted, and the instant petition for writ of habeas corpus is dismissed without prejudice.

**IT IS FURTHER ORDERED,** pursuant to §2253 and Slack v. McDaniel, 529 U.S. 473, 483-84 (2000), that no certificate of appealability shall issue from this Court.


Dated this _____20th_____ day of November, 2007.


                                    /s/Donald J. Stohr_____
                                    UNITED STATES DISTRICT JUDGE